RECEIVED MAR 21 2003

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA.

CASE NO.: 16 2003 CA 490

DIVISION: CV-E

3:03-CV-389-J-16TEM

HOLLY VOGT and
WILLIAM C. VOGT,

    **Plaintiffs,**

vs.

WALMART STORES, INC.,
a Foreign Profit Corporation,

    Defendant.

_____

## AMENDED COMPLAINT

Plaintiffs, HOLLY VOGT and WILLIAM C. VOGT, sues Defendant, WALMART STORES, INC., a Foreign Profit Corporation, and alleges:

1. This is an action for damages that exceeds $15,000.00, exclusive of costs.

2. At all material times herein, defendant owned and operated the WALMART store located at 6830 Normandy Boulevard, in Jacksonville, Duval County, Florida.

3. At all material times herein, the defendant had a duty to use reasonable care to keep the store in a reasonably safe condition for the plaintiff and others shopping there.

4. On or about November 27, 2001, Plaintiff entered the store for the purpose of shopping there.

5. Defendant's employer negligently caused store product to fall on Plaintiff as

Plaintiff was in an adjacent store aisle.

6. As a result, plaintiff suffered permanent physical injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are permanent and continuing in nature and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, HOLLY VOGT, demands judgment for damages against Defendant, WALMART STORES OF FLORIDA, INC., and demands a jury trial.

### COUNT II

7. Plaintiff WILLIAM C. VOGT realleges paragraphs 1 through 6 of the Complaint.

8. At all times material herein, plaintiff, WILLIAM C. VOGT was the lawful spouse of plaintiff, HOLLY VOGT. As a direct and proximate result of the negligence of the defendant, plaintiff WILLIAM C. VOGT has suffered a loss of the support, services, society and attentions of his spouse and will continue to suffer such losses in the future.

WHEREFORE, plaintiff, WILLIAM C. VOGT demands judgment for damages against defendant and demands a jury trial.

**LAW OFFICES OF NOONEY & GARE**

*Melody K Toma 050692*
for
J. Scott Nooney, Esquire
FL Bar No. 0709964
3535 Hendricks Avenue
Jacksonville, FL 32207
(904)398-1992
(904)398-0989 facsimile
Attorney for Plaintiff


**LAW OFFICES OF ZISSER, ROBISON,
BROWN & MACIEJEWSKI, P.A.**

Don Maciejewski
Florida Bar No. 861723
Attorney for Plaintiff
One Independent Drive, Ste. 3306
Jacksonville, FL 32202
(904)353-3222
(904)353-8808 facsimile
Attorney for the Plaintiff